**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| DR. JEFFREY THOMAS VASSEUR, : | |
| Plaintiff, : | |
| v. : | CASE NO: 7:22-cv-97 (WLS) |
| VALDOSTA STATE UNIVERSITY., : | |
| Defendant. : | |

## ORDER

Plaintiff, Dr. Jeffrey Vasseur, filed a Complaint with this Court on September 18, 2022. (Doc. 18.) To date, Plaintiff has not shown that service of process has been affected. Federal Rule of Civil Procedure 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, the time for service has lapsed, and Plaintiff has not provided the Court with any indication that service of process has been properly executed upon the Defendant Valdosta State University.

Accordingly, Plaintiff is hereby **ORDERED** to show cause by no later than **Friday, December 30, 2022**, why the Complaint (Doc. 1) should not be dismissed for failure to serve process. Plaintiff is hereby noticed that failure to respond to or comply to this Order will subject this case to dismissal without prejudice, without further notice or proceeding.

**SO ORDERED**, this 20th day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1