IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DR. JEFFERY THOMAS VASSEUR, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-97 (WLS) |
| | * |
| VALDOSTA STATE UNIVERSITY, AND BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, d/b/a VALDOSTA STATE UNIVERSITY, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 19, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of October, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk